**FILED**

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

MAR 1 ÷ 2008

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR. NO. 2:08cr 64-WKW |
| | ) | [21 USC 841(a)(1)] |
| ALBERT GREGORY BIRMINGHAM | ) | |
| | ) | |
| | ) | INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about September 26, 2006, in Elmore County, within the Middle District of

Alabama,

ALBERT GREGORY BIRMINGHAM,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 5

grams or more of a mixture or substance containing a detectable amount of cocaine base or "crack

cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section

841(a)(1).

## COUNT 2

On or about October 5, 2006, in Elmore County, within the Middle District of Alabama,

ALBERT GREGORY BIRMINGHAM,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 5

grams or more of a mixture or substance containing a detectable amount of cocaine base or "crack

cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section

841(a)(1).

## COUNT 3

On or about October 17, 2006, in Elmore County, within the Middle District of Alabama,

ALBERT GREGORY BIRMINGHAM,

defendant herein, did knowingly and intentionally distribute and possess with intent to distribute 50

grams or more of a mixture or substance containing a detectable amount of cocaine base or "crack

cocaine," a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section

841(a)(1).

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
Verne H. Speirs
Assistant United States Attorney