UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.     ) | CR. NO. 2:08-cr-64-WKW |
| ) | |
| ALBERT GREGORY BIRMINGHAM ) | |

**O R D E R**

Upon consideration of the motion for writ of habeas corpus ad prosequendum (doc.# 4), filed March 20, 2008, and for good cause shown, it is

ORDERED that the motion is and is hereby GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Georgia Department of Corrections, Troupe County Jail, LaGrange, GA, commanding them to deliver the said prisoner, ALBERT GREGORY BIRMINGHAM, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10:30 a.m. on April 30, 2008, and to return said prisoner, to said official when the Court has finished with him.

Done this 20th day of March, 2008.

/s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE