UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:08-cr-64-WKW |
| | ) | |
| ALBERT GREGORY BIRMINGHAM | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#7), filed

April 10, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court  is hereby DIRECTED

to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the Georgia

Department of Corrections, Atlanta, GA, commanding them to deliver the said prisoner, ALBERT

GREGORY BIRMINGHAM, to any United States Marshal or Deputy United States Marshal and

directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama,

for arraignment at 10:30 a.m. on April 30, 2008, and to return said prisoner, to said official when

the Court has finished with him.

Done this 11th day of April, 2008.


_____/s/Charles S. Coody_____
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE