IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:08cr64-WKW |
| | ) | |
| ALBERT GREGORY BIRMINGHAM | ) | |

NOTICE OF APPEARANCE

Comes now counsel and following his appointment as counsel of record for Mr. Birmingham, files this Notice of Appearance in this case. In making this appearance, counsel requests:

1. That notices of continuances, hearing settings, docket setting, or otherwise announcements or notices regarding said case be forwarded to him at his address provided herein.

2. That the name of counsel be entered herein on the appropriate court records.

Respectfully submitted this 1st of May, 2008.

_____
William W. Whatley, Jr. (WHA004)

Address of Counsel:
P.O. Box 230743
Montgomery, AL
36123-09743
(334)272-0709
(334)260-9072 fax
wwwhatley@bellsouth.net

**CERTIFICATE OF SERVICE**

I, William W. Whatley, Jr., Counsel for Albert Gregory Birmingham, hereby certify that I have served a copy of the foregoing on Leura G. Canary, by delivering to her or depositing a copy of same in the United States mail, first class, postage prepaid, and properly addressed to her on this the 1st day of May, 2008, or by electronic filing.

_____
William W. Whatley, Jr.