IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:08cr64-WKW |
| | ) | |
| ALBERT GREGORY BIRMINGHAM | ) | |

**ORDER**

Now pending before the court is defendant Birmingham's motion to allow the Federal Defender to withdraw as counsel of record and to appoint CJA panel attorney William Whatley (doc. # 14) to represent him. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion to withdraw (doc. # 14) be and is hereby GRANTED and Attorney William Whatley be and is hereby APPOINTED to represent defendant Birmingham.

Done this 2nd day of May, 2008.

                                               /s/Charles S. Coody
                                               CHARLES S. COODY
                                               UNITED STATES MAGISTRATE JUDGE