IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | CR NO. 2:08-CR-64-WKW |
| | ) | |
| ALBERT GREGORY BIRMINGHAM | ) | |

**ORDER**

For good cause, it is

**ORDERED** that the pretrial conference now set for **July 7, 2008** be and is hereby **RESET** for **June 30, 2008 at 1:00 p.m. in courtroom 4B**, United States Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 5th day of June, 2008.

/s/Charles S. Coody
CHARLES S. COODY
UNITED STATES MAGISTRATE JUDGE